**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAMAR GRIFFIN,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SETH BETANCOURT,** | : | **No. 19-4670** |
| *Defendant* | : | |

**ORDER**

**AND NOW**, this 11th day of March, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20), the Court's prior orders extending Plaintiff's time to respond (Doc. Nos. 22, 23), Plaintiff's Motions for Summary Judgment (Doc. Nos. 24, 26), and Defendant's Response in Opposition to Plaintiff's Motion and Reply in Further Support of Defendant's Motion (Doc. No. 25), it is **ORDERED** that:

1. Defendant's Motion (Doc. No. 20) is **GRANTED**.

2. Plaintiff's Motions (Doc. Nos. 24, 26) are **DENIED**.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1